# United States District Court, Northern District of Illinois

**MAGISTRATE JUDGE COLE**

| Name of Assigned Judge or Magistrate Judge | 04 GJ 1007 | Sitting Judge if Other than Assigned Judge | JUNE 11, 2008 |
|---|---|---|---|
| CASE NUMBER | | DATE | |
| CASE TITLE | US v. FREDDIE JOHNSON, et al (SEE ATTACHED) | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

SPECIAL MARCH 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _[signature]_

**FILED**
JUN 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOCKET ENTRY:**

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE SECTION 3142 AS TO ROBIN YANCY, QIANA BISHOP-OYEDEPO, ERNEST PRESTON and KHADIJA. MUMIN. TO SET PRELIMINARY BAIL AT $4500.00 AND THAT THE DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BONDS AS TO BRANDY AMOS, OWEN PITTMAN, LEANDRE BURNETT, and LORIE WESTERFIELD. NO BOND SET, DETAINED BY MAGISTRATE AS TO FREDDIE JOHNSON, MARLILYN RAINEY, WILLIE COLLINS and JENNIFER RICHARDSON. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANTS. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF THE FIRST DEFENDANT OR BY FURTHER ORDER OF THE COURT. DO NOT SEAL ARREST WARRANTS.

_[signature]_

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE (ONLY IF FILED UNDER SEAL)

BW issued
6/12/08

| | | | | Number of notices | DOCKET # |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | Date docketed | |
| | No notices required. | | | Docketing dpty. initials | |
| | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | | Date mailed notice | |
| | Docketing to mail notices | | | | |
| | Mail AO 450 form. | | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy Initials | | Date/time received in Central Clerk's office | | | |

UNITED STATES OF AMERICA

v.

FREDDIE JOHNSON a/k/a
    "Shelton Williams," "Ramon," "Terry," and
    "Knucklehead,"
MARILYN RAINEY
WILLIE COLLINS,
BRANDY AMOS,
ROBIN YANCY,
QIANA BISHOP-OYEDEPO,
OWEN PITTMAN,
JENNIFER RICHARDSON,
LEANDRE BURNETT,
LORIE WESTERFIELD,
ERNEST PRESTON, a/k/a "Richard Preston," and
KHADIJA MUMIN, a/k/a "Erica Smith"