# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 466 - 6 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA v Qiana Bishop Oyedepo | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 6/18/08.. The defendant is informed of her rights. Enter order appointing Steven Robert Shanin as counsel for defendant. Detention hearing held. The Defendant is ordered released. The indictment is ordered unsealed.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | AC |
|---|---|---|