# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

U.S. v. Qiana Bishop-Oyedepo
(Freddie Johnson)

Case Number:

08CR 466-6

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

Qiana Bishop-Oyedepo

FILED
6-18-08
JUN 18 2008
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

| NAME (Type or print) |
|---|
| Steven Robert Shanin |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Steven Robert Shanin |

| FIRM |
|---|
| Steven Robert Shanin, Attorney at Law |

| STREET ADDRESS |
|---|
| 53 West Jackson Boulevard, suite 920 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2561379 | 312.697.0000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ✔