# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: U.S. v.s. Bishop-Oyedepo / Freddie Johnson's
FOR: ND IL
AT: ED

FILED JUN 18 2008 MAGISTRATE JUDGE ARLANDER KEYS UNITED STATES DISTRICT COURT

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Qiana Bishop-Oyedepo

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 08 CR 466-6
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor
18 USC §§ 513(a); 1028(A)(1); 1343; §2

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: FORUM MORTGAGE VANCORP. - CHICAGO
- IF YES, how much do you earn per month? $ ____
- IF NO, give month and year of last employment. How much did you earn per month? $ ____
- If married is your Spouse employed? ☒ Yes ☐ No (SEPARATED)
- IF YES, how much does your Spouse earn per month? $1500-2500
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**ASSETS**

*OTHER INCOME*
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ ____

*CASH*
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ ____

*PROPERTY*
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- IF YES, GIVE THE VALUE AND $ DESCRIBE IT
  - VALUE / DESCRIPTION: 133 N. Mozart - Little Equity
  - 2002 Jaguar - $3000 Equity

**OBLIGATIONS & DEBTS**

*DEPENDENTS*
- MARITAL STATUS: ☒ MARRIED (SEPARATED), ___ SINGLE, ___ WIDOWED, ___ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: SON - age 3

*DEBTS & MONTHLY BILLS* (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | MISC. | $ | $ 2500 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6/18/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶  Qiana Bishop Oyedepo